**Order entered June 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00113-CV

### IN THE INTEREST OF R.N. AND R.N., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07618**

## ORDER

Because court reporter Donna Kindle has failed to file the record despite our granting her request to extend the deadline to May 31, 2016, we **ORDER** Ms. Kindle to file the record no later than June 13, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Denise Garcia, Presiding Judge of the 303rd Judicial District Court; Ms. Kindle; and the parties.

/s/     CRAIG STODDART
        JUSTICE